# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DOREEN CROSBY** | : | |
| Plaintiff, | : | Case No. 2:22-cv-716 |
| v. | : | Judge Sarah D. Morrison |
| | : | Magistrate Judge Chelsea M. Vascura |
| **JEFF BAZOS, *et al.*,** | : | |
| Defendants. | : | |

## ORDER

On June 15, 2022, the Magistrate Judge issued a Report and Recommendation (R&R) on the Court's May 27, 2022 Show Cause Order. (ECF Nos. 14, 15.) Plaintiff Doreen Crosby failed to respond to the Show Cause Order. Accordingly, the Magistrate Judge recommends that Plaintiff's claims against Defendants Jeff Bazos, Sam Walton, the Walton Family, and Bernard Marcus be dismissed without prejudice. (*Id.*, PageID 87–88.)

Plaintiff was advised of the right to file objections to the R&R and of the consequences of failing to do so. (*Id.*, PageID 88–89.) No objections have been filed.

The R&R is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff's claims against Defendants Jeff Bazos, Sam Walton, the Walton Family, and Bernard Marcus are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**